UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| BRENDA DOSSETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:21-cv-00209-JRS-MJD |
| | ) | |
| KRISTA COX, D.O., | ) | |
| MIKE NATALIE, | ) | |
| LAUREN DEWLEN, | ) | |
| SHANNON LEWIS-BLACK, | ) | |
| WEXFORD OF INDIANA, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL

The parties, Brenda Dossett, Plaintiff, and the Defendants,  Lauren Dewlen, HSA, Shannon

Lewis-Black, DON, Michael Natalie, Krista L. Sexton-Cox, D.O. and Wexford of Indiana, LLC,

by their respective counsel, having filed their Joint Stipulation of Dismissal, and the Court, being

duly advised, now finds that the Motion is well taken, and

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Joint Stipulation

of Dismissal should be and is hereby GRANTED.


SO ORDERED.


Date: 2/1/2022

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana


Distribution:

Douglass R. Bitner
**Katz Korin Cunningham PC**
dbitner@kkclegal.com

Kenneth J. Falk
Stevie J. Pactor
**ACLU of Indiana**
kfalk@aclu-in.org
spactor@aclu-in.org
*Counsel for Plaintiff*